UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CR-167-BO-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER OF RELEASE |
| | ) | |
| ROGER PAIGE | ) | |
|    a/k/a "Roger Junior Page" | ) | |
|    a/k/a "June Bug" | ) | |

PRECIOUS MELVIN, in federal custody pursuant to a material witness warrant, and having fulfilled her obligations pursuant to that warrant and the underlying trial subpoena, is hereby

ORDERED released from custody in this matter.

This 23 day of July, 2012.

TERRENCE W. BOYLE
United States District Court Judge